UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-10-52 |
| | § | |
| RANDY WILLINGHAM | § | |

## **ORDER**

The United States' Motion to Withdraw its Petition to Enforce Internal Revenue

Summons is GRANTED.  (D.E. 3.)  The Petition to Enforce IRS Summons filed on October 1,

2010 (D.E. 1) is DISMISSED without prejudice.


SIGNED and ORDERED this 29th day of November, 2010.

_____
Janis Graham Jack
United States District Judge